## STATE OF CONNECTICUT *v.* CAMERON MOUNDS

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 10 (AC 28126), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided October 3, 2008